The undersigned have reviewed plaintiff's motion in detail.
Plaintiff asserts that employer-carrier has withheld $936.06 from amounts due under the April 24, 1995 Opinion and Award. In the discretion of the undersigned, defendants are entitled to deduct $936.06 from the sum due and payable to plaintiff, as a credit, and the same is THEREBY APPROVED. Accordingly plaintiff's motion is DENIED.
The undersigned, in their discretion, have determined that an award of attorneys' fees pursuant to N.C.G.S. § 97-88 is not warranted in the case at hand. Therefore, plaintiff's motion for attorneys' fees is hereby DENIED. Likewise, motions for interest and penalties are HEREBY DENIED.
This the _____ day of __________________________, 1995.
FOR THE FULL COMMISSION
 S/ _______________________________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ _______________________________ COY M. VANCE COMMISSIONER
DISSENTING:
S/ _______________________________ J. RANDOLPH WARD COMMISSIONER
JHB:mj 7/17/95